

ORDERED in the Southern District of Florida on April 5, 2018.



Erik P. Kimball, Judge
United States Bankruptcy Court

___

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

                   Case No. 17-16560-EPK
                   Chapter 13

**RENEA DENISE THOMAS**

  Debtor.
_____/

### AGREED ORDER ON BSI FINANCIAL SERVICES' MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER AND TO COMPEL DEBTOR TO FILE AMENDED PLAN
*(The hearing scheduled for April 9, 2018 at 1:00 p.m. is cancelled as moot)*

  **THIS MATTER** came before the Court upon BSI Financial Services, as Servicing Agent for U.S. Bank Trust, N.A., as Trustee of Bungalow Series F Trust's Motion to Vacate Mortgage Modification Mediation Order and to Compel Debtor to File Amended Plan [D.E. 101] (the "Motion"). The Court noting that the parties have reached an agreement, and having reviewed the matter and being otherwise fully advised in the premises, it is, hereby

  **ORDERED**:

*Case No.: 13-28465-LMI*

1. The Debtor has agreed to and is directed to timely submit all of the required updated financial information and documentation to the DMM Portal for mortgage modification consideration by April 12, 2018.

2. In the event the Debtor fails to timely upload the completed updated financial package to the DMM Portal, then the Secured Creditor may seek entry of an Order granting the Motion without further notice or hearing by submitting a proposed Order granting the Motion.

3. The hearing on the Motion currently scheduled for April 9, 2018 at 1:00 p.m. is hereby cancelled.

4. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

| | |
|---|---|
| By: /s/ Colin V. Lloyd<br>**Colin V Lloyd, Esq.**<br>Florida Bar No. 0165182<br>Email: ecolin@hosklaw.com<br>*Debtor's Counsel*<br>302 So. 2nd Street<br>Ft. Pierce, FL 34950 | By: /s/ Chase A. Berger<br>**Chase A. Berger, Esq.**<br>Florida Bar No. 083794<br>Email: cberger@ghidottiberger.com<br>**GHIDOTTI | BERGER, LLP**<br>*Attorneys for Secured Creditor*<br>3050 Biscayne Blvd. - Suite 402<br>Miami, FL 33137 |

Submitted by:

Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger is directed to serve a copy of this Order upon all interested parties who are non-CM/ECF users and to file a Certificate of Service within three (3) days of entry of the Order.