Kristin Zilberstein, Esq. (SBN: 200041)
Jennifer Bergh, Esq. (SBN: 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Authorized Agent,
U.S. Bank Trust National Association, As Trustee of Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Renea Denise Thomas, | BK Case No.: 17-165650 |
| Debtor. | WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE |

U.S. Bank Trust National Association, As Trustee of Bungalow Series F Trust, hereby withdraws its Notice of Mortgage Payment Change regarding the Real Property Located at 1209 Dayman Ave., Fort Pierce, FL 34950, filed on June 7, 2018.

Dated: June 8, 2018           /s/Kristin Zilberstein
                              Attorney for U.S. Bank Trust National Association,
                              As Trustee of Bungalow Series F Trust

WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
U.S. Bank Trust National Association, as Trustee of Bungalow Series F Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION

| In Re: | ) | CASE NO.:  17-16560-EPK |
|---|---|---|
| Renea Denise Thomas, | ) | CHAPTER 13 |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On June 8, 2018 I served the following documents described as:

- **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Renea Denise Thomas<br>1209 Dayman Avenue<br>Fort Pierce, FL 34950<br><br>**Debtor's Counsel**<br>Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950 | **Chapter 13 Trustee**<br>Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355<br><br>**U.S. Trustee**<br>Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on June 8, 2018 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero

CERTIFICATE OF SERVICE